IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 08-cv-02741-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STANDARD METALS CORPORATION,

    Defendant.

---

**ORDER VOIDING, *NUNC PRO TUNC,* THE NOTICE OF SATISFACTION
OF JUDGMENT FILED IN ERROR ON JULY 9, 2010 (DOC. 10)**

---

On motion of the United States and good cause appearing, the Court **FINDS** and **ORDERS** as follows:

1. The United States filed a Notice of Satisfaction of Judgment in the above captioned case on Friday, July 9, 2010, at Docket No. 10.

2. This Notice of Satisfaction of Judgment was filed based on a clerical error. In fact, the judgment herein has not been satisfied.

3. It is hereby **ORDERED** that the Motion **(#11)** is **GRANTED** and, *nunc pro tunc,* that the Notice of Satisfaction of Judgment filed on July 9, 2010 is void and without effect.

4. The San Juan County Clerk is directed <u>not</u> to release the judgment lien placed by the judgment herein which was recorded on June 10, 2009, at Reception No. 146912, on the basis of the void Notice of Satisfaction of Judgment erroneously filed on July 9, 2010.

5. The Ouray County Clerk is directed <u>not</u> to release the judgment lien placed by the judgment herein which was recorded on June 23, 2009, at Reception No. 200952, on the basis of

the void Notice of Satisfaction of Judgment erroneously filed on July 9, 2010.

DATED this 12th day of July, 2010.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge